455 A.2d 190

Commonwealth v. LaRew, Appellant.

Petition for Allowance of Appeal
Denied May 16, 1983.

Submitted May 20, 1982. Vincent J. Roskovensky, II, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Order affirmed.

455 A.2d 190

Commonwealth v. Seifrit, Appellant.

Submitted September 16, 1981. John A. Goldstan, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.